Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Laura_rk.office@speakeasy.net

Attorneys for Plaintiff
Kim A. Finch

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KIM A. FINCH, | ) Case No.: CV 09-7858 PLA |
| Plaintiff, | ) ORDER OF DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   June 16, 2010

_____
HONORABLE PAUL L. ABRAMS,
UNITED STATES MAGISTRATE JUDGE